# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jordan D. Youman**                              **Docket No. 5:14-MJ-2354-1**

## Petition for Action on Probation

COMES NOW Marla Bianco, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jordan D. Youman, who, upon an earlier plea of guilty to Possession of Controlled Substance in violation of 21 U.S.C.§ 844, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge on July 8, 2015, to 12 months Probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On May 11, 2016, Mr. Youman reported to the Fayetteville office to discuss a recent speeding ticket he received on April 24, 2016 in the Western District of North Carolina. Mr. Youman was never given permission to travel outside of the District and was verbally reprimanded for such. Mr. Youman was also asked to provide urine screen. Supervising United States Probation Officer Eddie Smith observed the defendant attempting to tamper with his screen from a device attached to his leg containing an unknown substance. SUSPO Smith requested a screen after device was removed. Mr. Youman provided a sample that was tested instantly and revealed a positive result for marijuana. Mr. Youman voluntarily signed an admission form indicating his last use of marijuana was on or about April 24, 2016. This officer recommends 3 days in jail as an appropriate sanction for his conduct. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.

/s/ Eddie J. Smith                        /s/ Marla Bianco
Eddie J. Smith                            Marla Bianco
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          310 Dick Street
                                          Fayetteville, NC 28301-5730
                                          Phone: 910.354.2535
                                          Executed On: May 11, 2016

## ORDER OF THE COURT

Considered and ordered this ___12th___ day of ___May_____, 2016 and ordered filed and made a part of the records in the above case.

_Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge